IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DOUNDRA DAVIS**<br>   **Plaintiff,**<br><br>vs.<br><br>**FRONTIER LOGISTICS, L.P.**<br>   **Defendant.** | **CIVIL ACTION NO. 2:17-CV-63** |

### AGREED ORDER OF DISMISSAL

On this day came on to be considered the Plaintiff, Doundra Davis' motion for dismissal without prejudice as against the Defendant, Frontier Logistics, L.P.. The Court, after considering said Motion, is of the opinion that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the cause of action of Plaintiff, Doundra Davis, as against the Defendant, Frontier Logistics, L.P., be and it is hereby dismissed without prejudice to the rights of Plaintiffs to reinstitute or litigate any claim, demand or cause of action asserted, or which could have been asserted herein.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that each party is to bear their own court costs.

SIGNED this 27th day of February, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE